WEINBERG, ROGER & ROSENFELD

ASHLEY K. IKEDA  2955-0
JERRY P.S. CHANG 6671-0
Central Pacific Plaza
220 S. King Street, Suite 901
Honolulu, Hawaii  96813
Telephone No.:  (808) 528-8880
Facsimile No.:  (808) 528-8881
e-mail:  aikeda@unioncounsel.net
               jchang@unioncounsel.net

Attorneys for Plaintiffs
TRUSTEES OF THE HAWAII SHEET
METAL WORKERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII SHEET METAL WORKERS' TRUST FUNDS (Pension, Health & Welfare, Annuity, Training and Vacation & Holiday, by their Trustees, Glenn Saito, Skye Matsumoto, Sam Fujikawa, Arthur B. Tolentino, Rick Paulino, Jeanine Lum, Paul Fujinaga, Blake Parsons, and Aldon Kaopuiki),<br><br>        Plaintiffs,<br><br>  vs.<br><br>MD CONSTRUCTION, INC., a Hawaii corporation,<br><br>        Defendant. | CIVIL NO. 20-00121-HG-RT<br><br>**DEFAULT JUDGMENT BY CLERK AGAINST MD CONSTRUCTION, INC., a Hawaii corporation** |

## DEFAULT JUDGMENT BY CLERK AGAINST DEFENDANT MD CONSTRUCTION, INC.

Defendant MD CONSTRUCTION, INC., a Hawaii corporation, having failed to plead or otherwise defend in this action and its default having been entered herein;

NOW, upon application of the above-named Plaintiffs and upon the declarations submitted, JUDGMENT IS HEREBY ENTERED against Defendant, in the sum of $29,815.19, together with interest accruing from February 25, 2020 until entry of this judgment herein at $8.72 per diem, plus legal interest from entry of this judgment until paid.

IT IS FURTHER ORDERED that the entry of this judgment shall be without prejudice to Plaintiffs' right to seek other and further sums owed by Defendant arising from hours worked during any period of time not heretofore audited.

DATED: Honolulu, Hawaii, __May 6, 2020__.



/s/ LIAN ABERNATHY, Clerk
CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

/s/ J. O., Deputy Clerk
DEPUTY CLERK,
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

---

TRUSTEES OF THE HAWAII SHEET METAL WORKERS' TRUST FUNDS, et al., ("Plaintiffs") v. MD CONSTRUCTION, INC., a Hawaii corporation ("Defendant"); United States District Court, District of Hawaii, CIVIL NO. 20-00121-HG-RT; DEFAULT JUDGMENT.